IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CORNELIUS MILAN HARPER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-299 |
| | § | |
| CITY OF BEEVILLE, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Plaintiff's motion to reinstate this action, Dkt. No. 19, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 20.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 20, and **DENIES** Plaintiff's motion to reinstate this action, Dkt. No. 19.

SIGNED this 30th day of November 2021.

_____
Hilda Tagle
Senior United States District Judge